# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

———————————————

EBER PEREZ RAMIREZ,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D22-2119

———————————————

March 13, 2024

Appeal from the Circuit Court for Hillsborough County; Laura E. Ward, Judge.

Howard L. Dimmig, II, Public Defender, and Susan M. Shanahan, Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Katherine Coombs Cline, Senior Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

    Affirmed.

CASANUEVA, LaROSE, and ROTHSTEIN-YOUAKIM, JJ., Concur.

———————————————

Opinion subject to revision prior to official publication.